**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 09 C 6610 |
|---|---|
| MOTOROLA, INC. | |
| v. | |
| AU OPTRONICS CORPORATION, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS CHI MEI CORPORATION, CHIMEI INNOLUX CORPORATION f/k/a CHI MEI OPTOELECTRONICS CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., CMO JAPAN CO. LTD., NEXGEN MEDIATECH, INC., NEXGEN MEDIATECH USA, INC.

| NAME (Type or print) |
|---|
| Amy Y. Cho |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Amy Y. Cho |
| FIRM |
| GRIPPO & ELDEN LLC |
| STREET ADDRESS |
| 111 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6303051 | (312) 704-7700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐