IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AU OPTRONICS CORPORATION; AU OPTRONICS )<br>CORPORATION AMERICA, INC.; CHI MEl )<br>CORPORATION; CHI MEl OPTOELECTRONICS )<br>CORPORATION; CHI MEl OPTOELECTRONICS )<br>USA, INC.; CMO JAPAN CO. LTD.; NEXGEN )<br>MEDIATECH, INC.; NEXGEN MEDIATECH USA, )<br>INC.; CHUNGHWA PICTURE TUBES LTD.; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>HANNSTAR  DISPLAY CORPORATION; LG )<br>DISPLAY CO. LTD.; LG DISPLAY AMERICA, )<br>INC.; SAMSUNG ELECTRONICS CO., LTD.; )<br>SAMSUNG SEMICONDUCTOR,  INC.; SAMSUNG )<br>ELECTRONICS AMERICA, INC.; SHARP )<br>CORPORATION; SHARP ELECTRONICS )<br>CORPORATION; TOSHIBA CORPORATION; )<br>TOSHIBA AMERICA ELECTRONICS )<br>COMPONENTS, INC.; TOSHIBA MOBILE )<br>DISPLAY CO., LTD.; TOSHIBA AMERICA )<br>INFORMATION SYSTEMS, INC.; EPSON )<br>IMAGING DEVICES CORPORATION; EPSON )<br>ELECTRONICS AMERICA, INC., )<br>)<br>Defendants. ) | Case No. 09 C 6610<br><br>Judge Joan B. Gottschall |

**DEFENDANTS' NOTICE OF
SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

Notice is hereby provided, in accordance with Local Rule 83.17, that Amy Y. Cho of Grippo & Elden LLC will be acting as counsel of record on behalf of Defendants Chi Mei Corporation; Innolux Corporation (f/k/a Chimei Innolux Corporation, and f/k/a Chi Mei Optoelectronics Corporation); Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; and Nexgen Mediatech USA, Inc. (collectively "Defendants") in substitution for

and in lieu of Patrick J. Castle also of Grippo & Elden LLC who previously appeared on behalf of Defendants in this matter and whose appearance as counsel in this matter is hereby withdrawn. Ms. Cho is admitted to this Court's general bar and is in good standing. The appearance of Ms. Cho has been filed.

Dated: July 26, 2013

Respectfully submitted,

CHI MEI CORPORATION; INNOLUX CORPORATION (f/k/a CHIMEI INNOLUX CORPORATION, AND f/k/a CHI MEI OPTOELECTRONICS CORPORATION); CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; AND NEXGEN MEDIATECH USA, INC.

By:    s/ Amy Y. Cho
One of Its Attorneys

Michael P. Conway (#6201032)
Amy Y. Cho (#6303051)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
mconway@grippoelden.com
acho@grippoelden.com

Christopher B. Hackett (*pro hac vice* to be submitted)
Neal A. Potischman (*pro hac vice* to be submitted)
Sandra West Neukom (*pro hac vice* to be submitted)
Samantha H. Knox (*pro hac vice* to be submitted)
Bradley R. Hansen (*pro hac vice* to be submitted)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.neukom@davispolk.com
samantha.knox@davispolk.com
brad.hansen@davispolk.com

**CERTIFICATE OF SERVICE**

I, Amy Y. Cho, an attorney, hereby certify that on July 26, 2013, I caused a true and complete copy of the foregoing DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM to be served using the CM/ECF e-filing system upon all counsel of record and by U.S. mail upon the following counsel:

>Bruce H. Searby
>Paul Weiss Rifkind Wharton & Garrison LLP
>2001 K Street, NW
>Washington, DC 20006-1047
>
>John E. Hall
>Covington and Burling, L.L.P. (DC)
>1201 Pennsylvania Avenue, NW
>Washington, DC 20004
>
>Timothy C Hester
>Covington & Burling LLP
>One Front Street
>San Francisco, CA 94111

s/ Amy Y. Cho
Amy Y. Cho