**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Motorola Mobility, Inc. | ) | No. 1:09-cv-06610 |
| | ) | |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | |
| AU Optronics Corporation, et al. | ) | |

**DECLARATION OF ELIZABETH C. ARENS IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF DANIEL L. RUBINFELD**

I, Elizabeth C. Arens, declare:

1. I am an attorney with the law firm of Covington & Burling LLP, attorneys of record for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. in the above-captioned matter. I have personal knowledge of the matters discussed below and, if called upon to do so, I could and would testify to these facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Daniel L. Rubinfeld, served on February 23, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Jury Verdict from the Direct Purchaser Class Action trial, dated July 3, 2012 and filed as Docket No. 6061 in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, 07-md-1827 SI (N.D. Cal.) ("MDL Docket").

4. Attached hereto as **Exhibit C** is a true and correct copy of the Jury Verdict from the Best Buy trial, dated September 3, 2013 and filed as MDL Docket No. 8562.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the Expert Report of Professor Dennis W. Carlton, served on February 23, 2012.

6. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the trial testimony of Brian Lee in *Best Buy v. AU Optronics Corp*, No. 10-cv-4572 (N.D. Cal.).

7. Attached hereto as **Exhibit F** is a true and correct copy of a transcript excerpt from the deposition of Sonia Chen, dated August 19, 2010.

8. Attached hereto as **Exhibit G** is a true and correct copy of Yasuhisa Iida Deposition Exhibit 3433, bates numbered SCm00252743.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the Expert Report of B. Douglas Bernheim, Ph.D. Concerning Motorola Mobility, Inc., served on December 15, 2011.

10. Attached hereto as **Exhibit I** is a true and correct copy of an excerpt from the deposition of B. Douglas Bernheim, Ph.D., dated January 30, 2012.

11. Attached hereto as **Exhibit J** is a true and correct copy of an excerpt from the trial testimony of B. Douglas Bernheim in *Best Buy v. AU Optronics Corp*, No. 10-cv-4572 (N.D. Cal.).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 12th day of November, 2013, at Washington, D.C.

Elizabeth Arens