**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. | ) | CASE NO. 09-cv-6610 |
| | ) | |
| Plaintiff, | ) | Judge Joan B. Gottschall |
| | ) | |
| v. | ) | |
| | ) | |
| AU OPTRONICS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS CITED IN MOTOROLA MOBILITY LLC'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DOUGLAS BERNHEIM**

**TABLE OF EXHIBITS**

| Exhibit | Description |
|---|---|
| - | Declaration of Jason C. Murray |
| A | Order Granting in Part and Denying in Part Parties' Motion to Exclude Expert Testimony, N.D. Cal. M.D.L. 1827 Dkt. 8102 |
| B | Expert Report of B. Douglas Bernheim, Ph.D. concerning Motorola Mobility, December 15, 2011 |
| C | Excerpts of Rebuttal Expert Report of B. Douglas Bernheim, Ph.D. concerning Motorola Mobility, May 11, 2012 |
| D | Dennis W. Carlton, *How Should Economic Evidence be Presented and Evaluated* |
| E | Excerpts of Expert Report of Dennis Carlton, Ph.D. |
| F | Excerpts of Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics* (7th ed. 2009) |
| G | Excerpts of Gregory Mankiw, *Principles of Microeconomics* (4th ed. 2011) |
| H | Excerpts of Douglas Bernheim and Michael D. Whinston, *Microeconomics* (1st ed. 2008) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. | ) | CASE NO. 09-cv-6610 |
| | ) | |
| Plaintiff, | ) | Judge Joan B. Gottschall |
| | ) | |
| v. | ) | |
| | ) | |
| AU OPTRONICS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JASON C. MURRAY IN SUPPORT OF MOTOROLA MOBILITY LLC'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DOUGLAS BERNHEIM**

---

I, Jason C. Murray, declare as follows:

1. I am partner at the law firm of Crowell & Moring LLP, counsel for Plaintiff Motorola Mobility LLC ("Motorola"). I am licensed to practice law in the State of California and I am admitted *pro hac vice* to practice before this Court in this case. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Motorola's Opposition to Defendants' Motion to Exclude Certain Testimony of Douglas Bernheim.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting in Part and Denying in Part Parties' Motion to Exclude Expert Testimony, N.D. Cal. M.D.L. 1827 Dkt. 8102, June 14, 2013.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of B. Douglas Bernheim, Ph.D. concerning Motorola Mobility, as served on December 15, 2011.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the Rebuttal Expert Report of B. Douglas Bernheim, Ph.D. concerning Motorola Mobility, as served on May 11, 2012.

6. Attached hereto as **Exhibit D** is a true and correct copy of an article by Dennis W. Carlton, *How Should Economic Evidence be Presented and Evaluated*, from *European Competition Law Annual 2009: Evaluation of Evidence and its Judicial Review in Competition Cases* 6 (Claus-Dieter Ehlermann & Mel Marquis eds., forthcoming 2010), available at http://www.eui.eu/Documents/RSCAS/Research/Competition/2009/2009-COMPETITION-Carlton.pdf (last accessed November 11, 2013).

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of Expert Report of Dennis Carlton, Ph.D., as served on Feb. 23, 2012.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the textbook of Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics* (7th ed. 2009).

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the textbook of N. Gregory Mankiw, *Principles of Microeconomics* (4th ed. 2011).

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the textbook of B. Douglas Bernheim and Michael D. Whinston, *Microeconomics* (1st ed. 2008).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 12th day of November, 2013, at Los Angeles, California.

*/s/ Jason C. Murray*
Jason C. Murray