# EXHIBIT F

# Microeconomics

SEVENTH EDITION



ROBERT S. PINDYCK DANIEL L. RUBINFELD

# *Microeconomics*

SEVENTH EDITION

**Library of Congress Cataloging-in-Publication Data**
Pindyck, Robert S.
Microeconomics/Robert S. Pindyck, Daniel L. Rubinfeld. —
7th ed.
p. cm.
Includes index.
ISBN 978-0-13-208023-1 (alk. paper)
1. Microeconomics. I. Rubinfeld, Daniel L. II. Title.
HB172.P53 2009
338.5—dc22 2008009456

**Editorial Director:** Sally Yagan
**AVP/Editor in Chief:** Eric Svendsen
**AVP/Executive Editor:** Chris Rogers
**VP/Director of Development:** Steve Deitmer
**Senior Development Editor:** Ron Librach
**Product Development Manager:** Ashley Santora
**Assistant Editor:** Susie Abraham
**Marketing Manager:** Andrew Watts
**Marketing Assistant:** Ian Gold
**Permissions Project Manager:** Charles Morris
**Senior Managing Editor:** Judy Leale
**Associate Managing Editor:** Suzanne DeWorken
**Senior Operations Specialist:** Arnold Vila
**Art Director:** Kenny Beck
**Text and Cover Designer:** Maureen Eide
**Cover Illustration:** Corin Skidds
**Director, Image Resource Center:** Melinda Patelli
**Manager, Rights and Permissions:** Zina Arabia
**Manager, Visual Research:** Beth Brenzel
**Image Permission Coordinator:** Annette Linder
**Composition:** GGS Book Services PMG
**Full-Service Project Management:** GGS Book Services PMG
**Printer/Binder:** Courier Kendallville
**Typeface:** 10/11 Palatino

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text (or on pages 723–724).

Microsoft® and Windows® are registered trademarks of the Microsoft Corporation in the U.S.A. and other countries. Screen shots and icons reprinted with permission from the Microsoft Corporation. This book is not sponsored or endorsed by or affiliated with the Microsoft Corporation.

---

**Copyright © 2009, 2005, 2001, 1998, 1995 by Pearson Education, Inc., Upper Saddle River, New Jersey, 07458.** Pearson Prentice Hall. All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

**Pearson Prentice Hall™** is a trademark of Pearson Education, Inc.
**Pearson®** is a registered trademark of Pearson plc
**Prentice Hall®** is a registered trademark of Pearson Education, Inc.

Pearson Education Ltd., London
Pearson Education Singapore, Pte. Ltd
Pearson Education, Canada, Inc.
Pearson Education–Japan
Pearson Education Australia PTY, Limited
Pearson Education North Asia, Ltd., Hong Kong
Pearson Educación de Mexico, S.A. de C.V.
Pearson Education Malaysia, Pte. Ltd
Pearson Education Upper Saddle River, New Jersey

PEARSON
Prentice Hall

10 9 8 7 6 5 4 3 2
ISBN-13: 978-0-13-208023-1
ISBN-10: 0-13-208023-0

are looking at production decisions over a short period of time, such as a month or two, the firm is unlikely to be able to substitute very much capital for labor.

Because firms must consider whether or not inputs can be varied, and if they can, over what period of time, it is important to distinguish between the short and long run when analyzing production. The **short run** refers to a period of time in which the quantities of one or more factors of production cannot be changed. In other words, in the short run there is at least one factor that cannot be varied; such a factor is called a **fixed input**. The **long run** is the amount of time needed to make *all* inputs variable.

• **short run** Period of time in which quantities of one or more production factors cannot be changed.

• **fixed input** Production factor that cannot be varied.

• **long run** Amount of time needed to make all production inputs variable.

As you might expect, the kinds of decisions that firms can make are very different in the short run than *those made* in the long run. In the short run, firms vary the intensity with which they utilize a given plant and machinery; in the long run, they vary the size of the plant. All fixed inputs in the short run represent the outcomes of previous long-run decisions based on estimates of what a firm could profitably produce and sell.

There is no specific time period, such as one year, that separates the short run from the long run. Rather, one must distinguish them on a case-by-case basis. For example, the long run can be as brief as a day or two for a child's lemonade stand or as long as five or ten years for a petrochemical producer or an automobile manufacturer.

We will see that in the long run firms can vary the amounts of all their inputs to minimize the cost of production. Before treating this general case, however, we begin with an analysis of the short run, in which only one input to the production process can be varied. We assume that capital is the fixed input, and labor is variable.

## 6.2 PRODUCTION WITH ONE VARIABLE INPUT (LABOR)

When deciding how much of a particular input to buy, a firm has to compare the benefit that will result with the cost. Sometimes it is useful to look at the benefit and the cost on an *incremental* basis by focusing on the additional output that results from an incremental addition to an input. In other situations, it is useful to make the comparison on an *average* basis by considering the result of substantially increasing an input. We will look at benefits and costs in both ways.

When capital is fixed but labor is variable, the only way the firm can produce more output is by increasing its labor input. Imagine, for example, that you are managing a clothing factory. Although you have a fixed amount of equipment, you can hire more or less labor to sew and to run the machines. You must decide how much labor to hire and how much clothing to produce. To make the decision, you will need to know how the amount of output $q$ increases (if at all) as the input of labor $L$ increases.

Table 6.1 gives this information. The first three columns show the amount of output that can be produced in one month with different amounts of labor and capital fixed at 10 units. The first column shows the amount of labor, the second the fixed amount of capital, and the third total output. When labor input is zero, output is also zero. Output then increases as labor is increased up to an input of 8 units. Beyond that point, total output declines: Although initially each unit of labor can take greater and greater advantage of the existing machinery and plant, after a certain point, additional labor is no longer useful and indeed can

Suppose a capital investment costs $C$ and is expected to generate profits over the next 10 years of amounts $\pi_1, \pi_2, \ldots, \pi_{10}$. We then write the net present value as

$$NPV = -C + \frac{\pi_1}{(1+R)} + \frac{\pi_2}{(1+R)^2} + \cdots + \frac{\pi_{10}}{(1+R)^{10}} \quad \textbf{(15.3)}$$

where $R$ is the **discount rate** that we use to discount the future stream of profits. ($R$ might be a market interest rate or some other rate; we will discuss how to choose it shortly.) Equation (15.3) describes the net benefit to the firm from the investment. The firm should make the investment only if that net benefit is positive—i.e., *only if NPV > 0*.

• **discount rate** Rate used to determine the value today of a dollar received in the future.

**Determining the Discount Rate** What discount rate should the firm use? The answer depends on the alternative ways that the firm could use its money. For example, instead of this investment, the firm might invest in another piece of capital that generates a different stream of profits. Or it might invest in a bond that yields a different return. As a result, we can think of $R$ as the firm's **opportunity cost of capital**. Had the firm not invested in this project, it could have earned a return by investing in something else. *The correct value for* R *is therefore the return that the firm could earn on a "similar" investment.*

• **opportunity cost of capital** Rate of return that one could earn by investing in an alternate project with similar risk.

By "similar" investment, we mean one with the same *risk*. As we saw in Chapter 5, the more risky an investment, the greater the return one expects to receive from it. Therefore, the opportunity cost of investing in this project is the return that one could earn from another project or asset of similar riskiness.

We'll see how to evaluate the riskiness of an investment in the next section. For now, let's assume that this project has *no risk* (i.e., the firm is sure that the future profit flows will be $\pi_1$, $\pi_2$, etc.). In that case, the opportunity cost of the investment is the *risk-free* return—e.g., the return one could earn on a government bond. If the project is expected to last for 10 years, the firm could use the annual interest rate on a 10-year government bond to compute the NPV of the project, as in equation (15.3).[8] If the NPV is zero, the benefit from the investment would just equal the opportunity cost, so the firm should be indifferent between investing and not investing. If the NPV is greater than zero the benefit exceeds the opportunity cost, so the investment should be made.[9]

## The Electric Motor Factory

In Section 15.1, we discussed a decision to invest $10 million in a factory to produce electric motors. This factory would enable the firm to use labor and copper to produce 8000 motors per month for 20 years at a cost of $42.50 each. The motors could be sold for $52.50 each, for a profit of $10 per unit, or $80,000 per month. We will assume that after 20 years, the factory will be obsolete but can be sold for scrap for $1 million. Is this a good investment? To find out, we must calculate its net present value.

We will assume for now that the $42.50 production cost and the $52.50 price at which the motors can be sold are certain, so that the firm is sure that it will receive $80,000 per month, or $960,000 per year, in profit. We also assume that

---

[8]This is an approximation. To be precise, the firm should use the rate on a one-year bond to discount $\pi_1$, the rate on a two-year bond to discount $\pi_2$, etc.

[9]This NPV rule is incorrect when the investment is irreversible, subject to uncertainty, and can be delayed. For a treatment of irreversible investment, see Avinash Dixit and Robert Pindyck, *Investment under Uncertainty* (Princeton, NJ: Princeton University Press, 1994).