# EXHIBIT H

# MICROECONOMICS

B. DOUGLAS BERNHEIM
MICHAEL D. WHINSTON



# Microeconomics

**B. Douglas Bernheim**
Stanford University

**Michael D. Whinston**
Northwestern University

McGraw-Hill Irwin

Boston Burr Ridge, IL Dubuque, IA New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

The McGraw-Hill Companies

McGraw-Hill Irwin

MICROECONOMICS
Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2008 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7

ISBN 978-0-07-290027-9
MHID 0-07-290027-X

Editorial director: *Brent Gordon*
Executive editor: *Douglas Reiner*
Developmental editor: *Karen Fisher*
Senior marketing manager: *Melissa Larmon*
Lead project manager: *Pat Frederickson*
Senior production supervisor: *Debra R. Sylvester*
Lead designer: *Matthew Baldwin*
Senior photo research coordinator: *Jeremy Cheshareck*
Photo researcher: *Jennifer Blankenship*
Media project manager: *Suresh Babu, Hurix Systems Pvt. Ltd.*
Cover design: *Artemio Ortiz, Jr.*
Interior design: *Artemio Ortiz, Jr.*
Typeface: *10.5/12.6 Times New Roman*
Compositor: *Lachina Publishing Services*
Printer: *R. R. Donnelley*

**Library of Congress Cataloging-in-Publication Data**

Bernheim, B. Douglas.
Microeconomics / by B. Douglas Bernheim, Michael D. Whinston.
p. cm.
ISBN-13: 978-0-07-290027-9 (alk. paper)
ISBN-10: 0-07-290027-X (alk. paper)
1. Microeconomics. I. Whinston, Michael Dennis. II. Title.
HB172.B485 2008
338.5--dc22
2007044523

www.mhhe.com

Figure 3.3 shows the net benefit, $B - C$, in the form of a curve (the horizontal axis again measures the number of repair hours, while the vertical axis now measures the net benefit, the difference between the total benefit and total cost). The best choice of 3.4 hours leads to the highest point on the curve.




**Figure 3.3**

**Net Benefit When Repair Time Is Finely Divisible.** This figure shows the difference between the total benefit and total cost curves in Figure 3.2. Note that the curve is highest at a choice of 3.4 hours, the point where total benefit exceeds total cost by $924.80.

## Application 3.1

### Benefits and Costs of a College Degree

What do Bill Gates and LeBron James have in common, aside from being very, very rich? The answer is that neither got a college degree.

Each year millions of high school students decide to go to college. Is a college degree a good investment for the typical student? The answer involves a comparison of the benefits and costs. While a college education has many benefits (for example, you will become a much more interesting dinner companion), we'll look only at its effects on lifetime earnings.

A recent U.S. Census Bureau report documents the average earnings of high school and college graduates of various ages (see Table 3.4).[3] Clearly college graduates earn quite a bit more than high school graduates. Over a lifetime,




What do Bill Gates and LeBron James have in common?

[3]Jennifer C. Day and Eric C. Cheeseman, "The Big Payoff: Educational Attainment and Synthetic Estimates of Work-Life Earnings," U.S. Bureau of the Census, pp. 23–210 (www.census.gov/prod/2002pubs/p23-210.pdf).

the extra earnings are worth about $615,000 before taxes and about $430,000 after taxes.[4]

But what about the costs of attending college? One obvious cost is tuition, which varies tremendously. Public (state) colleges cost much less than private schools. For example, in 2006, a year at the University of Texas at Austin cost a Texas resident $5,314, while a year at a private college often cost more than $30,000. In fact, over 70 percent of four-year-college students attended colleges where tuition was less than $8,000. In addition, many students paid reduced tuition through their college's financial aid programs. On top of tuition, books cost them roughly $1,000 per year.

But tuition and books are *not* the only costs of going to college. There's also an important opportunity cost: while you're in college you probably can't hold a full-time job. According to Table 3.4, for an average high school graduate of age 25 to 29, this cost is roughly $25,000 per year, which comes to about $17,500 per year after taxes—far exceeding tuition costs for most students. (For college students younger than 25, the lost earnings are probably a little less than this.) On an after-tax basis, this opportunity cost raises the cost of a college education to roughly $100,000, or $200,000 for the most expensive private colleges. (If you can still work at a part-time job, that would reduce the opportunity cost below this amount.)

With a total benefit of over $400,000 and a total cost ranging from $100,000 to $200,000, going to college looks like a good decision![5]

What about Bill Gates and LeBron James? In some cases, the opportunity costs of going to college are so great that getting a degree doesn't make sense, at least not from the perspective of maximizing lifetime earnings. In 1975, Bill Gates dropped out of Harvard to start Microsoft. Had he stayed in school, he would probably have missed the opportunity to found the world's largest, most profitable software producer. More recently, when LeBron James decided to skip college and go directly to the NBA, he signed a three-year $12.96 million contract with the Cleveland Cavaliers, along with a highly lucrative endorsement deal with Nike. For both Bill Gates and LeBron James, the opportunity costs of a college degree were just too high relative to the benefits.[6]

The decision to go to college is a discrete decision, either you go or you don't, at least if you want to get the degree that comes with completing college. But college students make other, finely divisible decisions about their education nearly every day. For example, is it worthwhile studying another 15 minutes for next week's microeconomics test? Doing so has benefits (a better grade, better future job prospects, and greater understanding of the world) but also costs (less time for that pizza delivery job, sleep, or socializing). Making those decisions correctly involves a balancing of benefits and costs.

## Table 3.4

**Average Annual Earnings of High School and College Graduates**

| Age | High School Graduates | College Graduates |
|---|---|---|
| 25–29 | $24,997 | $38,118 |
| 30–34 | 28,754 | 47,356 |
| 35–39 | 29,998 | 53,519 |
| 40–44 | 31,968 | 56,226 |
| 45–49 | 32,043 | 57,281 |
| 50–54 | 32,223 | 61,324 |
| 55–59 | 32,781 | 60,437 |
| 60–64 | 32,570 | 53,911 |

[4] In Chapter 10 we explain how to calculate the value of an income stream that is spread out over time.

[5] These estimates of the effect of a college degree on lifetime earnings have two shortcomings. First, the average income in Table 3.4 for a college graduate is the average for those individuals who have only a college degree, not a more advanced degree. As such, it overlooks the fact that getting a college degree gives you the option to get a more advanced degree that could further increase your lifetime earnings—and therefore it understates the true effect of a college degree on your lifetime earnings. On the other hand, it may also overstate the true increase in earnings that comes with a college degree. If smart people tend to get more education, and employers like to hire smart employees, part of the extra salary that college graduates earn may be due to their intelligence rather than to the extra time they spent in the classroom.

[6] Gates's future earnings from his decision to drop out of college were, however, uncertain. In Chapter 11, we'll discuss how to evaluate uncertain returns.