**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. | ) | CASE NO. 09-cv-6610 |
| | ) | |
| Plaintiff, | ) | Judge Joan B. Gottschall |
| | ) | |
| v. | ) | |
| | ) | |
| AU OPTRONICS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

**EXHIBITS CITED IN MOTOROLA MOBILITY LLC'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DAVID P. STOWELL**

---

# TABLE OF EXHIBITS

| Exhibit Number | Description |
|---|---|
| - | Declaration of Jason C. Murray |
| 1 | Excerpts from the Deposition of David P. Stowell on February 8, 2012 |
| 2 | Excerpts from the Deposition of David P. Stowell on June 21, 2012 |
| 3 | Document produced by Defendant AU Optronics as AU-MDL-05252333 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. | ) | CASE NO. 09-cv-6610 |
| | ) | |
| Plaintiff, | ) | Judge Joan B. Gottschall |
| | ) | |
| v. | ) | |
| | ) | |
| AU OPTRONICS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JASON C. MURRAY IN SUPPORT OF MOTOROLA MOBILITY LLC'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DAVID P. STOWELL**

I, Jason C. Murray, declare as follows:

1. I am partner at the law firm of Crowell & Moring LLP, counsel for Plaintiff Motorola Mobility LLC ("Motorola"). I am licensed to practice law in the State of California and I am admitted *pro hac vice* to practice before this Court in this case. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Motorola's Opposition to Defendants' Motion to Exclude Certain Testimony of David P. Stowell.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of David P. Stowell in this case, taken on February 8, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of David P. Stowell in this case, taken on June 21, 2012.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced in this litigation by Defendant AU Optronics with Bates number beginning AU-MDL-05252333.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 12th day of November, 2013, at Los Angeles, California.

*/s/ Jason C. Murray*
Jason C. Murray